IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22cr10163 IT - DLC |
| | ) | |
| MATTHEW ABIODUN AKANDE, | ) | |
| | ) | |
| Defendant | ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal the government's motion to amend the Court's order sealing the indictment. As grounds for this motion, the government states that the indictment in this matter was sealed by Court order dated July 19, 2022. The government's motion to amend the Court's order sealing the indictment seeks to amend the sealing order to permit limited disclosure of the indictment for the purpose of locating, arresting, and extraditing the defendant abroad.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

                                                                                              Respectfully submitted,

                                                                                              RACHAEL S. ROLLINS
                                                                                              United States Attorney

Dated: September 23, 2022        By:    */s/ James R. Drabick*
                                                                                      JAMES R. DRABICK
                                                                                      Assistant United States Attorney