IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 22-cr-10163-IT-DLC |
| | ) | |
| MATTHEW ABIODUN AKANDE, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STATUS REPORT AND MOTION TO CONTINUE

Pursuant to Local Rule 116.5(a), the parties hereby file this status report and motion to continue the initial status conference that is scheduled for April 23, 2025.

The parties are engaged in plea discussions that may result in the filing of a plea agreement and a request for a change-of-plea hearing. The parties therefore respectfully request that the Court continue the initial status conference for approximately 45 days. The parties further request that the Court exclude the period of time from April 23, 2025 until the initial status conference or change-of-plea hearing under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by an exclusion—additional time to discuss a potential resolution—outweigh the interests of the public and the Defendant in a speedy trial

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

*/s/ David M. Holcomb*
David M. Holcomb
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3100
David.Holcomb@usdoj.gov

MATTHEW ABIODUN AKANDE
By his attorney,

*/s/  R. Bradford Bailey*
R. Bradford Bailey, Esq.
Brad Bailey Law, P.C.
44 School Street
Suite 1000B
Boston, MA 02108
(781) 589-2828
brad@bradbaileylaw.com

**Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: April 16, 2025                                    */s/ David M. Holcomb*
                                                                Assistant United States Attorney